IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YADIEL NUÑEZ-MUÑOZ,

    Plaintiff,

v.

DANE COUNTY SHERIFF'S OFFICE AND
SERGEANT OLSON,

    Defendants.

ORDER

Case No. 16-cv-373-wmc

*Pro se* plaintiff Yadiel Nuñez-Muñoz asserts claims against Sergeant Olson under the First Amendment and the Religious Land Use and Institutionalized Persons Act. On January 19, 2018, Olson filed a motion for summary judgment, and the court set February 21, 2018, as plaintiff's deadline to oppose defendant's motion. Plaintiff has failed to oppose the motion, nor has he sought an extension or otherwise provided the court with an indication that he plans to oppose the motion. Plaintiff's failure to respond to defendant's motion suggests that he may have lost interest in pursuing this case and no longer intends to prosecute it.

Plaintiff will receive *one* more opportunity to submit a substantive response to defendant's motion. If he fails to do so by the new deadline, the court will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for his failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Yadiel Nunez-Munos may have until **May 4, 2018,** to file a response to defendant's motion for summary judgment. **If plaintiff does not**

**respond by that date, the court will dismiss this case with prejudice under Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute it.**

Entered this 20th day of April, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge