IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YADIEL NUÑEZ-MUÑOZ,

    Plaintiff,

v.

SERGEANT OLSON,

    Defendant.

ORDER

16-cv-373-wmc

On January 19, 2018, defendant Sergent Olson filed a motion for summary judgment, and the court set February 21, 2018, as plaintiff's deadline to oppose defendant's motion. Plaintiff failed to oppose the motion or communicate with the court in any way. On April 20, 2018, the court gave plaintiff until May 4, 2018, to file a response to defendant's motion for summary judgment and warned plaintiff that his case would be dismissed for failure to prosecute if he did not respond. (Dkt. #28.) Plaintiff's new deadline has passed and the court has received nothing from plaintiff. Accordingly, the court is dismissing this case with prejudice for plaintiff's failure to prosecute. *See James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005).

ORDER

IT IS ORDERED that plaintiff Yadiel Nunez-Munos's claim is DISMISSED WITH PREJUDICE for failure to prosecute. The clerk of court is directed to enter judgment for defendant and close this case.

Entered this 21st day of May, 2018.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge