IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

YADIEL NUÑEZ-MUÑOZ,

  Plaintiff,

v.

DANE COUNTY SHERIFF'S OFFICE
and SERGEANT OLSON,

  Defendants,

JUDGMENT IN A CIVIL CASE

16-cv-373-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice for plaintiff's failure to prosecute.

/s/                  5/21/2018

Peter Oppeneer, Clerk of Court        Date